Wrangler Paint Shop Understandings

1.  Current Magna/Gonzalez employees*:

> A- Will be Granted date of entry seniority into Chrysler Group LLC (November 30, 2012).
> B- Will be considered a separate bargaining unit until November 30, 2013.
> C- Will have its own Leadership and supplemental agreement until November 30, 2013.
> D- Will be part of the Toledo Labor Market.
> E- Will follow all provisions of the 2011 UAW Chrysler Agreement unless specified.
> F- Inactive employees (STD, LTD, WCB) will receive consideration upon reinstatement.

> Wages:

> 1.  Magna/Gonzalez employees hired prior to January 2012 will be
>     A- RED CIRCLED at current rate and will progress to the traditional rate.
> 2.  Magna/Gonzalez employees hired on or after January 1, 2012
>     A- whose wages exceed the maximum for UAW Chrysler Entry level there will be no further progression ( $19.28 ).
>     B- Whose rate is below UAW Chrysler Entry-Level progression, will apply to maximum rate ( $19.28 )

> Benefits:

> A- Vacation, PAA and Health Care (including dental and vision) entitlement according to their Magna/Gonzalez last continuous seniority date (no waiting periods).

* Must apply to Chrysler Group LLC via establish process and meet pre-employment requirements.

2.  Chrysler Retirees, VTEPs & SIPs:

> A- One month of salary, current rate x 40 hours per week per year of seniority.
> B- Payment after ratification with signed release and credited to last day of work.

International Union:                     Chrysler Group LLC:

opeiu494/mcl
11/14/12